AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NATIONAL CANCER ASSISTANCE FOUNDATION, INC.,
a Delaware Corporation
)
)
)
)
*Plaintiff(s)*
)
v.
)
Civil Action No. CIV-17-777-R
NATIONAL COMMUNITY ADVANCEMENT, INC.,
a Delaware Corporation
)
and
)
COURTESY CALL, INC.,
a Nevada Corporation
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Courtesy Call, Inc.
Registered Agent: Leland E. Lutfy, Esq.
530 South 7th Street
Las Vegas, NV 89101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cody J. Cooper
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N. Robinson Ave.
Oklahoma City, OK  73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
9:07 am, Jul 20, 2017
CARMELITA REEDER SHINN, Clerk

Date: _____

By: *[signature]*
   *Deputy Clerk*

1146607

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                    *Server's signature*

                                  _____
                                                    *Printed name and title*

                                  _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| NATIONAL CANCER ASSISTANCE FOUNDATION, INC., a Delaware Corporation <br> *Plaintiff(s)* <br> v. <br> NATIONAL COMMUNITY ADVANCEMENT, INC., a Delaware Corporation <br> and <br> COURTESY CALL, INC., a Nevada Corporation <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  CIV-17-777-R |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   NATIONAL COMMUNITY ADVANCEMENT, INC.,
   a Delaware Corporation
   Registered Agent: Corporate Creations Network, Inc.
   3411 Silverside Road, Tatnall Building Suite 104
   Wilmington, DE 19810

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Cody J. Cooper
   Phillips Murrah P.C.
   Corporate Tower, 13th Floor
   101 N. Robinson Ave.
   Oklahoma City, OK  73102

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

*SUMMONS ISSUED:*
 9:07 am, Jul 20, 2017
*CARMELITA REEDER SHINN, Clerk*

By: *[signature]*
                               *Deputy Clerk*

1146603

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: