IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) National Cancer Assistance Foundation Inc., a Delaware Corporation

Plaintiff(s),

v.

Case No. 17-CV-00777-R

(1) National Community Advancement, Inc., a Delaware Corporation, and
(2) Courtesy Call, Inc., a Nevada Corporation

Defendant(s)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , (1) National Community Advancement, Inc. .
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Craig A. Fitzgerald     9/5/17
Signature                   Date

Craig A. Fitzgerald
Print Name

GableGotwals
Firm

1100 Oneok Plaza
100 W 5th Street, Ste. 1100
Address

Tulsa        OK        74103-4217
City         State     Zip Code

(918) 595-4800        (918) 595-4990
Telephone             Fax Number

cfitzgerald@gablelaw.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

[✓] I hereby certify that on (date) September 5, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Martin G. Ozinga; mgozinga@phillipsmurrah.com
Cody J. Cooper; cjcooper@phillipsmurrah..com

[✓] I hereby certify that on (date) September 5, 2017, I served the attached document by (service method) first class mail, postage prepaid on the following, who are not registered participants of the ECF System: (insert names and addresses)

None

s/ Craig A. Fitzgerald
s/ Attorney Name