

**OFFICE OF THE SECRETARY OF STATE**

## CERTIFICATE OF REGISTRATION

*WHEREAS,* the Registration of

## NATIONAL POLICE ASSOCIATION, INC.

*has been filed in the office of the Secretary of State as provided by the Oklahoma Solicitation of Charitable Contributions Act and will expire on August 23, 2014 .*

*NOW THEREFORE, I, the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

*IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*

*Filed in the city of Oklahoma City this 23rd day of August, 2013.*

*Secretary of State*



**SOS**



22550930002

·ibutions exceeding $10,000.00
·ibutions that do not exceed $10,000.00

# Registration Statement of Charitable Organization

☒ Initial Registration     ☐ Renewal     ☐ Update

---

**Oklahoma Secretary of State**, 2300 N. Lincoln Blvd., Room 101, Oklahoma City, OK 73105-4897
Telephone: (405)-522-2520

---

**1.**     The legal name of the charitable organization:

National Police Association, Inc.

**2.**     Any trade name(s) the charitable organization uses, any other name the organization may be identified or known as, and any distinctive names the organization uses for the purposes of solicitation of contributions:

n/a

**3.**     The mailing address of the charitable organization:

C/O FUM Management Corp., 840 S. Rancho Drive #4-771, Las Vegas, NV 89106

| Street | City | State | Zip Code |
|--------|------|-------|----------|

**4.**     The period(s) of time during which such solicitation is to be conducted:

**5.**     An identification of the <u>specific</u> method or methods of solicitation utilized by the charitable organization and its agents:

☐ personal contact     ☒ direct mail     ☒ telephone

☐ television     ☐ radio     ☐ other

**RECEIVED**

AUG 2 3 2013

OKLAHOMA SECRETARY OF STATE

**6.**     Solicitation will be conducted by the following for or on behalf of the charitable organization:

☒ Professional Fundraisers
☐ Employees or volunteers of the charitable organization
☐ and/or Others

**RECEIVED**

JUL 2 2 2013

OKLAHOMA SECRETARY OF STATE

(SOS FORM 101-01/13)

**7.** The purposes for which the contributions solicited or accepted are to be used:

Please see attached

**8.** The name and mailing address of each professional fundraiser or professional solicitor that will have custody of the contributions:

n/a - bank account is controlled by charity

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
|      |         |      |       |          |

**9.** Each person associated with a professional fundraiser, professional solicitor or charitable organization that is directly responsible for the payment and distribution of funds collected:

n/a - bank account is controlled by charity

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| ANTHONY L. FIERIMONTE, 49 N. FEDERAL HWY. #179, POMPANO BEACH, FL 33062 | | | | |

**10.** The name and mailing address of each professional fundraising counsel utilized by the charitable organization:

n/a

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
|      |         |      |       |          |

**11.** For charitable organizations that register for the first time, a statement whether or not the charitable organization believed contributions for the first year of registration will exceed Ten Thousand Dollars ($10,000.00)

☒ Yes    ☐ No

## REQUIRED FINANCIAL INFORMATION

**12.** The gross amount of the contributions, gifts, grants and other similar amounts received by the charitable organization:

nil - start up organization

**13.** The total Program Service Expenses of the charitable organization:

nil - start up organization

**14.** The total Management and General Expenses of the charitable organization:

nil - start up organization

1/13)

**15.** The total Fundraising Expenses of the charitable organization:

nil - start up organization

**16.** The aggregate amount paid, or payable, to professional fundraisers and professional fundraising counsel:

nil - start up organization

## REQUIRED ATTACHMENTS

**17.** If the solicitation is to be conducted in whole or in part by professional fundraisers, you **must** complete and attach Form 101A, the Professional Fundraiser information page, to the Registration Statement.

**18.** A copy of Form 990 as filed by the charitable organization for the most recently completed fiscal year; or for the initial registration of a newly formed charitable organization, a copy of a letter from the Internal Revenue Service, or other evidence, showing the that such organization is exempt from federal income taxation; or, for a charitable organization that has not applied for federal income tax exemption with the Internal Revenue Service or is not required to apply for federal income tax exemption, evidence showing that said charitable organization is organized in any state or jurisdiction as a not-for-profit entity.

**19.** The name and mailing address of each officer, director, trustee, and/or equivalent, and each salaried executive employee of the charitable organization.

(SOS FORM 101-01/13)

# EXECUTION AND ACKNOWLEDGMENT

Any registration form required to be filed under this section shall be executed by signature, without more, of the person or persons signing the form.

I, the undersigned, under penalty of perjury, have caused this registration to be executed this _____ day of _____, _____; and that the contents of the application are true and complete.

_____
Signature

Anthony L. Fierimonte
_____
Type or Print Name

President
_____
Title

(SOS FORM 101-01/13)

# Charitable Organization Financial Statement

NOTE: Every charitable organization subject to the provisions of the Oklahoma Solicitation of Charitable Contributions Act that has solicited contributions during the previous fiscal year shall provide the following information.

1.    The legal name of the charitable organization:

NATIONAL POLICE ASSOCIATION, INC.

2.    The gross amount of the contributions, gifts, grants and other similar amounts received by the charitable organization:

0.00

3.    The total Program Service Expenses of the charitable organization:

0.00

4.    The total Management and General Expenses of the charitable organization:

0.00

5.    The total Fundraising Expenses of the charitable organization:

0.00

6.    The aggregate amount paid, or payable, to professional fundraisers and professional fundraising counsel:

0.00

## Charitable Purpose:

The National Police Association, Inc. is a non-profit organization whose mission is to provide law enforcement offices and agencies with educational materials designed to enhance officer training to handle domestic abuse, drug and alcohol abuse on a personal level and in the communities they serve as well as provide officer training to deal calmly with the public to reduce stressful and difficult situations from turning into much more challenging situations. Additionally, the organization will also provide proper firearm training, grants and financial assistance on obtaining appropriate and adequate safety equipment.

NATIONAL POLICE ASSOCIATION, INC.

# CHARITABLE ORGANIZATION REGISTRATION ATTACHMENT
## Professional Fund Raiser Information

**(Complete one (1) form for <u>each</u> professional fund raiser.  Form may be duplicated.)**

**a.** Legal name of the Professional Fundraiser:

Courtesy Call, Inc.

_____

**b.** Street & P.O. Box address ___ 1835 E. Charleston Blvd., Suite 4, Las Vegas, NV 89104 _____

**c.** Location of offices used by them on behalf of your organization

_____
See attached

**d.** Simple statement of services provided

Telephone Solicitation

**e.** Describe the basis of payment or other consideration payable to each professional fundraiser and the nature of the arrangements between the charitable organization and each professional fundraiser.

Percentage of gross revenues collected

**f.** ·Specific amount, formula or percentage of compensation, or property of any kind or value to be paid or provided to each professional fundraiser:

PFR to collect 90% of gross revenues collected during term of contract; Charity to collect 10% of gross revenues collected

**j.** If payment is based on a percentage, the amount of compensation as a percentage of:

(1) Total contributions received: _ see above Item F (start up organization) _

(2) Net amount of the total contributions received: _ n/a _____

(total contributions received, less expenses of solicitation other than amounts payable to any professional fundraiser)

## REQUIRED ATTACHMENTS

Richard Zeitlin, President          100%

| | |
|---|---|
| **Office**: Courtesy Call, Inc. | **Residence:** |
| 1835 E. Charleston Blvd, Suite 4 | 6343 Windfresh Drive |
| Las Vegas, NV 89104 | Las Vegas, NV 89148 |
| Office: (702) 388-2999 | Residential Ph: 702-437-3615 |
| Fax:    (702) 388-1817 | |
| Email:  rickz@courtesycall.com | |

Randall Kennedy, Vice President

| | |
|---|---|
| **Office**: Courtesy Call, Inc. | **Residence:** |
| 1835 E. Charleston Blvd., Ste. 4 | 1556 Highway 39 |
| Las Vegas, NV 89104 | Chelsea, AL 35043 |
| Office: 256-245-2994 | Residential Ph: (256) 625-9058 |
| Fax: 702-388-1817 | |

Julie C. Johnson, Chief Operations Officer

| | |
|---|---|
| 1835 E. Charleston Blvd, Suite 4 | **Residence:** |
| Las Vegas, NV 89104 | 7775 Bermuda Road |
| Office: 702-388-2999 | Las Vegas, NV  89123 |
| Fax:    702-388-1817 | Residential Ph: (702) 204-7873 |
| Email:  jjohnson@courtesycall.com | |

Ramona Brown, Chief Compliance Officer

| | |
|---|---|
| **Office**: Courtesy Call, Inc. | **Residence:** |
| 1835 E. Charleston Blvd., Ste. 4 | 7885 W. Ford Rd. |
| Las Vegas, NV 89104 | Las Vegas, NV 89113 |
| Office: 702-388-2999 | Residential Ph: (702) 622-1006 |
| Fax: 702-388-1817 | |

### List of Phone Room Managers

| | |
|---|---|
| Julie C. Johnson, Chief Operations Officer | Residence Address: |
| 1835 E. Charleston Blvd, Suite 4 | 7775 Bermuda Road |
| Las Vegas, NV 89104 | Las Vegas, NV  89123 |
| Office: 702-388-2999 | Home: (702) 204-7873 |
| Fax:    702-388-1817 | |
| Email:  jjohnson@courtesycall.com | |
| | |
| Paul Kimbrell, Manager | Residence Address: |
| 1269 Talladega Highway | 8475 Coaling Rd |
| Sylacauga, AL  35150 | Sylacauga, AL  35151 |
| Office: 256-245-2994 | Home: (256) 329-1111 |
| Fax:    256-245-2996 | |
| Email:  paulk@courtesycall.com | |

# AGREEMENT

**THIS AGREEMENT**, made and entered into on the date hereinafter set forth by and between **COURTESY CALL, INC.**, a for-profit corporation (hereinafter referred to as "CCI") located at 1835 E. Charleston Blvd., #4, Las Vegas, Nevada 89104, and **NATIONAL POLICE ASSOCIATION, INC.** ("NPA"), a Florida nonprofit organization (hereinafter referred to as "ORGANIZATION") located at 49 N. Federal Hwy., #179, Pompano Beach, FL 33062. Said expressions shall include the respective party's successors and assigns.

**WITNESSETH:**

For and in consideration of the mutual covenants herein contained, the sufficiency of which is acknowledged as evidenced by the signatures of the parties hereto, it is mutually agreed as follows:

1. **PURPOSE OF THE AGREEMENT.** ORGANIZATION retains CCI to conduct a series of discrete call-to-action campaigns to those individuals who have been predetermined to have an interest and the ability to take an independent act to help ORGANIZATION reach its program goals. All such contacts may include an incidental request for support.

The initial contact shall be made by telephone with fulfillment by mail. All calls will be made by qualified and supervised personnel.

2. **REPORTING/LICENSING.** The parties hereto acknowledge and agree that it is necessary for each of them to be registered in accordance with the laws governing the activity of charitable solicitation, and each party hereto represents to the other that they are properly registered in all states in which this activity shall take place.

3. **PUBLIC PRESENTATION.** All materials presented to the public, either in print or orally, will either be provided by ORGANIZATION or approved in advance of usage. It is the

opportunity to engage in a call to action to prequalified individuals with an incidental appeal for public support that serves as a material inducement for ORGANIZATION to enter into this Agreement. CCI further agrees to use its skill and expertise in helping to produce material, subject to the approval of ORGANIZATION, which focuses on the name and reputation of ORGANIZATION. The creative fee shall be a component of the total fee set forth herein.

ORGANIZATION's approval of written and oral presentations prior to use constitutes an assurance that information contained within same is true and correct. ORGANIZATION agrees to provide CCI with fourteen (14) days notice in the event any representations made prove not to be true, accurate or appropriate. The agreement by ORGANIZATION to provide said notification is a material inducement to CCI to enter into this Agreement. Violation of this provision shall give CCI the right to terminate this Agreement upon notice.

**4. RECORDS AND REPORTS.** CCI agrees to maintain full and complete records of all responses including actual contacts with residents (telephone number, name, and address) and the response to the request. The maintenance of said records is a further material inducement to ORGANIZATION to enter into this Agreement. ORGANIZATION shall have access to the records as may be required to comply with any official inquiry, or as may be required by law. Other than as herein provided, the records shall remain the property of CCI.

**5. GEOGRAPHICAL AREA.** This campaign shall take place on a non-exclusive basis throughout the United States.

**6. TERM OF THE AGREEMENT.** The term of this Agreement shall be three (3) years, commencing on ___7-10___, 20_13_ and terminating on ___7-9___, 20_14_. This Agreement shall be automatically extended for an additional three (3) year under

2

the same terms and conditions, unless either party gives notice to the other on or before 90 days in advance of the termination date of their intention to allow said Agreement to expire.

Upon terminating, regardless of cause, CCI shall, for a period of one hundred eighty (180) days, continue to receive and disburse the proceeds collected in accordance with the terms in this Agreement. During this period, CCI shall not solicit support, but may continue to invoice for outstanding pledges. Upon expiration of said one hundred eighty (180) days, all funds thereafter received, except for mail which is delayed or held by any federal, state, or local authority, shall become the sole and exclusive property of ORGANIZATION.

7. **FULFILLMENT.** CCI agrees to be solely responsible for all written confirmations to interested individuals, as well as the fulfillment of same. ORGANIZATION will be entitled as part of its public relations and/or education campaign, to include a brochure about ORGANIZATION in all such mailings, provided that inclusion of same does not cause an increase in the cost of postage. The opportunity to provide these materials is a material inducement and benefit to ORGANIZATION. The cost of the fulfillment material shall be a component of the total fee set forth herein.

8. **CCI SERVICES AND FEES.** The customary charge for CCI is Forty-Nine ($49.00) Dollars per telemarketing hour. A telemarketing hour is considered to be fifty (50) minutes of each hour in which the telemarketers are actively engaged in attempting to reach the pre-qualified individuals. In order to comply with laws of the various states, a minimum guarantee will also be provided.

In order to comply with the laws of the various states that require a guarantee minimum, be paid to ORGANIZATION, the parties mutually acknowledge and agree as follows.

ORGANIZATION will receive ten percent (10%) of the gross revenues actually collected beginning with the commencement of this contract through ___7-9___, 20_16_, and CCI will receive ninety percent (90%) of the gross revenues actually collected beginning with the commencement of this contract through ___7-9___, 20_16_. In the event this Agreement is automatically extended for the additional three (3) years (as previously referenced in Section 6 above), the terms will remain the same as in the original three (3) years. In the event a third party, subcontractor is used to perform services under this agreement ORGANIZATION shall pay CCI ninety percent (90%) of the proceeds collected by the subcontractor. However, it is believed that the guaranteed payments will represent a return to ORGANIZATION far greater than the minimum guarantee. In addition to the financial remuneration ORGANIZATION receives, it will also enjoy the benefit of heightened name recognition and the opportunity to provide materials in calls to action to pre-qualified individuals. The value to ORGANIZATION over and above monies actually received could be as much as twenty-five (25%) of the total cost of the program.

ORGANIZATION will receive the greater amount, whether by hourly rate calculation, minimum percentage, or guaranteed payment. CCI agrees to be responsible for all costs, regardless of the amount of actual proceeds collected.

In the event of default, violation, or any other question arising under the terms and conditions of this Agreement which cannot be resolved by the parties hereto, the matter shall be litigated in the 8th Judicial District Court, Clark County, Nevada.

The parties acknowledge and agree that qualified subcontracts may be utilized to expand the reach of the program. In consideration of the identification of such independent agencies,

4

ORGANIZATION agrees not to contract with them directly at any time throughout the term of this Agreement or any extension thereof for a period of one (1) year after termination of this Agreement without the prior express written consent of CCI, which shall be in its sole discretion. In the event this agreement is terminated, regardless of cause, the guaranteed sum provided herein shall be prorated to the actual date of termination. The parties mutually agree that the laws of the state of Nevada shall govern the interpretation of this Agreement.

9. **PROCEEDS.** All proceeds will be directed to an address mutually agreed upon by the parties hereto. ORGANIZATION does hereby authorize CCI to use private post office boxes for the receipt of responses to the fundraising activities to be conducted on its behalf. If requested, ORGANIZATION further agrees to execute U.S. Postal Form 1583 to be filed with the local post office, or in the alternative, provide a letter of authorization, whichever may be required.

10. **COMPLIANCE OF THE PARTIES.** Each of the parties hereto acknowledges and agrees that there may be individuals who do not wish to receive calls made on behalf of ORGANIZATION. Prior to the implementation of the calling program, ORGANIZATION shall provide CCI with the names and telephone numbers of individuals who have notified ORGANIZATION that they do not wish to be called. Throughout the term of this Agreement, CCI agrees to accept do-not-call requests from individuals, record them, and suppress said names and telephones from future calling lists. CCI further agrees to periodically provide those names to ORGANIZATION throughout the term of this Agreement. As a material inducement to enter into this Agreement, ORGANIZATION represents to CCI that the representations in the scripts and written material it has authorized CCI to use are true and correct, and that at all times

5

throughout the term of this Agreement, ORGANIZATION will use its resources consistent therewith.

**11. RIGHT OF CANCELLATION.** Either party may cancel this Agreement as a result of the misfeasance or malfeasance of the other. Any party claiming such default or violation of this Agreement shall provide to the other a notice of said claim or default or violation in writing, giving the party allegedly in default or violation a written explanation of said default or violation, and a statement setting forth what steps must be taken to cure the same.

**12. STATE LAW PROVISIONS.** Each of the parties agrees to act at all times in full compliance with the laws of the various states. To the extent the various states have specific requirements pertaining to their respective jurisdiction, attached hereto marked Exhibit "A" and made a part hereof is a multi-state addendum containing certain provisions.

**13. NOTICES.** Legal notices between ORGANIZATION and CCI required by this Agreement shall be in writing and delivered by courier, or by verifiable facsimile transmission, to the parties at the following addresses:

IF TO ORGANIZATION: National Police Association, Inc.
         49 N. Federal Hwy., #179
         Pompano Beach, FL 33062
         Attn: Anthony L. Fierimonte, President


IF TO CCI:     Courtesy Call, Inc.
         1835 East Charleston, Suite 4
         Las Vegas, NV 89104
         Attn: Rick Zeitlin, President

**IN WITNESS WHEREOF**, the parties herein have executed this Agreement on the day and year set forth below.

COURTESY CALL, INC.

By: _____
     Richard Zeitlin, President

Dated: 7-10-13

NATIONAL POLICE ASSOCIATION, INC.

By: _____
     Anthony L. Fierimonte, President

Dated: 6/30/13

By: _____
     Robert W. Taylor, Secy/Treasurer

Dated: 7/02/13

## CONTRACT ADDENDUM

This addendum is made and entered into this _18_ day of _JULY_, 20 _13_, by and between COURTESY CALL, INC., a Nevada corporation (hereinafter referred to as "CCI") located at 1835 E. Charleston Blvd., Las Vegas, NV 89104 and NATIONAL POLICE ASSOCIATION, INC., a _FLORIDA_ non-profit corporation (hereinafter referred to as "ORGANIZATION") located at 49 N. Federal Hwy., #179, Pompano Beach, FL 33062.

WHEREAS, CCI and ORGANIZATION are parties to a certain agreement dated _7-18_, 20 _13_ to engage in a call to action program to pre-qualified individuals to take an independent act in furtherance of the ORGANIZATION's mission and goal; and

WHEREAS, in order to affect registration in compliance with the laws of the states listed below and for that portion of the contract where activities will be conducted in particularly enumerated states an addendum is required. CCI is to be paid as set forth in Section 8 of this Agreement unless it conflicts with this Exhibit A in which case, Exhibit A's compensation provisions control.

### WITNESSETH

FOR AND IN CONSIDERATION of the mutual covenants herein contained the sufficiency of which is acknowledged by the signatures of the parties hereto, it is hereby agreed as follows:

1. The main Agreement between CCI and ORGANIZATION is a percentage-based agreement and the following language is provided only for purposes of complying with the contract disclosure requirements of the states set forth below. CCI is to be paid in part a fixed fee as set forth in the main Agreement and said compensation provisions shall be controlling. As outlined in the main Agreement, ORGANIZATION exercises control and approval over the content and frequency of all solicitations.

   a.  For purposes of providing language to comply with the laws of the various states requiring a minimum percentage disclosure, the main Agreement shall be modified to add the following section:

   ORGANIZATION shall receive a minimum guarantee of ten percent (10%) of gross revenue receipts.

   b.  For purposes of providing language to comply with the laws of the various states requiring an estimated percentage disclosure, the main Agreement shall be modified to add the following section:

   For purposes of the states of California, New Hampshire, Ohio and Wisconsin, ORGANIZATION is guaranteed ten (10%) of the gross revenue receipts.

   c.  For purposes of providing language to comply with the laws of the various states requiring a fixed or guaranteed percentage disclosure and/or a percentage which shall be received by CCI, the main Agreement shall be modified to add the following section:

   ORGANIZATION shall retain as a result of this solicitation campaign ten percent (10%) and CCI shall receive ninety percent (90%) of all funds raised. The amount going to CCI is an estimated percentage based upon previous experience of similar campaigns conducted by CCI. This shall not effect or alter compensation provisions as provided in the main Agreement.

8

d.　　For the purposes of Alaska, Illinois, Massachusetts and Oregon only, the contract shall be modified to add the following section:

CCI shall be authorized by ORGANIZATION to conduct solicitations on a nationwide basis during the term of this Agreement. CCI projects $_____ in gross revenue receipts to be raised from this campaign. CCI estimates expenses related to the campaign to be $_____. The estimated figures are based upon experience of similar campaigns conducted by the CCI. This shall not affect any of the other terms including compensation as set out in the main Agreement. The books and records of fundraising activities shall be kept at the address of CCI as provided in the main Agreement.

e.　　For purposes of the State of Arkansas only, the following shall apply:

The names and addresses of all persons making contributions to ORGANIZATION and the amounts thereof shall be delivered to ORGANIZATION at the request of ORGANIZATION and at any reasonable time.

f.　　For the state of California only, the contract shall be modified to add the following sections:

Solicitation activity is to commence on _____ within the State of California or ten (10) working days after receipt of the Agreement by the Attorney General. Each contribution in the control or custody of CCI shall, within five (5) working days of receipt, be deposited in an account at a bank or other federally insured financial institution that is solely in the name of ORGANIZATION and over which ORGANIZATION has sole control of withdrawals.

ORGANIZATION has the right to cancel this Agreement without cost, penalty, or liability for a period of ten (10) days following the date on which the contract is executed. ORGANIZATION may exercise this right by serving a written notice of cancellation on CCI. Said notice must be provided by certified mail, return receipt requested, and cancellation shall be deemed effective upon the expiration of five (5) calendar days from the date of mailing. Any funds collected after effective notice of cancellation shall be deemed to be held in trust for the benefit of ORGANIZATION without deduction for costs or expenses of any nature, and ORGANIZATION shall be entitled to recover all funds collected after the date of cancellation.

Following the foregoing initial ten (10) day cancellation period, ORGANIZATION may terminate this Agreement by giving thirty (30) days' written notice. Said notice must be provided by certified mail, return receipt requested, and shall be deemed effective upon the expiration of five (5) calendar days from the date of mailing. In the event of termination under this subsection, ORGANIZATION shall be liable for services provided by CCI up to thirty (30) days after the effective service of the notice. In addition, following the initial ten (10) day cancellation period, ORGANIZATION may terminate this Agreement at any time up on written notice, without payment or compensation of any kind to CCI, if CCI or its agents, employees, or representatives makers) any material misrepresentations in the course of solicitations or with respect to ORGANIZATION; are found by ORGANIZATION to have been convicted of a crime arising from the conduct of a solicitation for a charitable organization or purpose punishable as a misdemeanor or a felony; or otherwise conduct fund raising activities in a manner that causes or could cause public disparagement of ORGANIZATION'S good name or good will.

9

g.   For the purposes of the States of Georgia, New Hampshire, Ohio, and Wisconsin, the following shall apply:

ORGANIZATION shall receive as a result of this solicitation campaign, ten percent (10%) of gross revenue receipts.

h.   The purposes of the State of Hawaii only, the following shall apply:

Services will commence with respect to solicitation in Hawaii of contributions for a charitable organization on _____.

i.   For purposes of the State of Indiana only, the following shall apply:

The average percentage of gross contributions received by sponsoring organizations as a result of campaigns conducted by CCI in the three years preceding this Agreement is ten (10%) percent. At least every 90 days, CCI shall provide ORGANIZATION with access to and use of information concerning contributors, including the name, address and telephone number of each contributor and the date and amount of each contribution.

j.   For the purposes of the State of Mississippi, the following shall apply:

Solicitation activity is to commence _____ within the State of Mississippi or ten (10) working days after the contract is received by the Office of the Secretary of State.

All oral and written presentations to be used by CCI (and any material changes thereto), shall have been reduced to a writing and shall have been reviewed and approved by client.

Solicitation activity and the contract will terminate on _____ within the State of Mississippi.

CCI will not at any time have custody of control of contributions.

k.   For the purposes of the state of New York only, the contract shall be modified to add the following section:

Contract will commence on _____ in the State of New York.

Client's right to cancel this contract.   It is understood by both parties that the charitable organization has the right under New York State law to cancel this contract and that the charitable organization does not have to give any reason for the cancellation. By law, the parties to this contract cannot waive or modify this right by any pre-existing agreement or by any subsequent agreement between the parties. Therefore, the charitable organization may cancel this contract without cost, penalty or liability if the charitable organization notifies CCI in writing as provided below.

Period under which contract may be canceled.   If CCI is registered with the State of New York Office of the Attorney General Charities Bureau, the charitable organization may cancel this contract at any time up to and including the fifteenth day after this contract was filed by CCI with the New York State Office of the Attorney General, Charities Bureau. If, however, the CCI is not registered with the New York State Office of the Attorney General, Charities Bureau at the time

this contract is signed, the charitable organization may cancel at any time after it is signed.

Procedure for canceling this contract. The charitable organization may cancel this contract by giving CCI written notice of cancellation. This notice can be in the form of a letter indicating that the charitable organization does not intend to be bound by the contract. The notice of cancellation may be hand-delivered or mailed to CCI. If mailed, it must be sent to the address for CCI as set forth in Section 16 of the main Agreement.

The charitable organization must mail a duplicate copy of the written notice of cancellation to the Office of the Attorney General at the address listed below:

Charities Bureau
Office of the Attorney General
The Capitol
Albany, NY 12224

When Cancellation is effective. If the notice of cancellation is hand-delivered, the cancellation is effective as soon as it is delivered to CCI. If the notice of cancellation is mailed, the cancellation is effective as soon as the notice is deposited, properly addressed and postage prepaid, in a mailbox.

l.      For the purposes of the State of North Carolina, the following shall apply:

ORGANIZATION shall receive a minimum of ten percent (10%) of gross receipts. This shall not affect compensation provisions as listed in this Agreement. All financial arrangements as stated in this Agreement shall remain in effect and unchanged.

The charitable purpose for which the campaign is being conducted is as follows: The mission of National Police Association, Inc. is to provide law enforcement offices and agencies with educational materials designed to enhance officer training to handle domestic abuse, drug and alcohol abuse on a personal level and in the communities they serve as well as provide officer training to deal calmly with the public to reduce stressful and difficult situations from turning into much more challenging situations. Additionally, the organization will also provide proper firearm training, grants and financial assistance on obtaining appropriate and adequate safety equipment.

m.      For the purposes of the States of Oregon and New Hampshire, the following shall apply:

The name and address of each person pledging to contribute, together with the date and amount of the pledge, shall be the sole exclusive property of ORGANIZATION with no rights to transfer, sell, rent or otherwise cause same to be used except by ORGANIZATION.

n.      For the purposes of the State of Pennsylvania, the following shall apply:

Guarantee to Client. ORGANIZATION shall retain as a result of this solicitation campaign, a minimum guarantee of ten percent (10%) of gross revenue receipts. This shall not affect or alter compensation provisions listed in the main Agreement.

Percentage to Professional Solicitor. ORGANIZATION agrees that CCI shall be compensated pursuant to the terms of the Agreement which is estimated to be ninety percent (90%) of gross revenue receipts. This estimated percentage is based on projected figures for average pledge amount participation percentage and fulfillment percentage. While every project varies in results and yield, this assumption is based on industry standards. This shall not affect or alter compensation provisions as listed in the main Agreement.

Solicitation activity is to commence on _____ within the Commonwealth of Pennsylvania or ten (10) working days after the Solicitation Notice is received by the Department of State, Bureau of Charitable Organizations and/or is approved by the Department of State Bureau of Charitable Solicitations.

Solicitation activity and the contract will terminate on _____ within the Commonwealth of Pennsylvania.

o.     For the purposes of the State of South Carolina only, the following shall apply:

Any list provided by the charitable organization of the names, postal addresses, telephone numbers, email addresses, and the dates and amounts of each donation, of each contributor to a solicitation campaign organized pursuant to chapter 56 is the property of ORGANIZATION. CCI shall maintain this list throughout the duration of the solicitation campaign until the list is transferred to the charitable organization as required by chapter 56 and will not withhold the list from the charitable organization, restrict any use of the list by the charitable organization, transfer possession or control of the list, permit the use of the list by any person not so authorized by the charitable organization, or use the list for the benefit of any person other than ORGANIZATION, without the explicit written consent of ORGANIZATION.

p.     For the purposes of the State of Tennessee, the following shall apply:

CCI shall not receive donations on behalf of ORGANIZATION, does not have access to the funds raised and does not make deposits to and does not have signature authority with, or any other authority over, ORGANIZATION's bank accounts.

q.     For the purposes of the State of Vermont, the following shall apply:

Chapter 63 of Title 9 of the Vermont Statutes Annotates requires a paid fundraiser to provide the fundraiser's charitable sponsor, within sixty (60) days after the end of a solicitation campaign, with a statement setting out the name and address of each contributor and the amount of the contribution; the amount of gross receipts; and an itemized list of all expenses, commissions, and other costs incurred in the campaign. The law also gives charities other rights, including the right to cancel this contract or to recover damages, or both, in certain circumstances. Contact the Vermont Attorney General for further information.

CCI shall not restrict in any way the use by ORGANIZATION of the list of donors to the campaign.

2.     In all other respects not specifically modified herein, the existing agreement commencing 7-10, 2013 shall remain in full force and effect. A copy of said agreement is attached hereto and incorporated herein by this reference.

Further, this agreement may not be modified, changed or terminated in whole or in part, in any manner except by an agreement duly signed by ORGANIZATION and CCI.

12

WHEREFORE, the parties hereto have executed this addendum on the day and year first written above.

**AGREED AND ACCEPTED**

COURTESY CALL, INC.

By: _____
    Richard Zeitlin, President

NATIONAL POLICE ASSOCIATION, INC.

By: _____
    Anthony L. Pierimonte, President

By: _____
    Robert W. Taylor, Secy/Treasurer

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH 45201

Date: OCT 15 2012

NATIONAL POLICE ASSOCIATION INC
1536 SE 15TH COURT STE 310
DEERFIELD BEACH, FL 33441

DEPARTMENT OF THE TREASURY

Employer Identification Number:
    46-0788073
DLN:
    17053262346012
Contact Person:
    DEL TRIMBLE                    ID# 31309
Contact Telephone Number:
    (877) 829-5500
Accounting Period Ending:
    December 31
Public Charity Status:
    170(b)(1)(A)(vi)
Form 990 Required:
    Yes
Effective Date of Exemption:
    July 20, 2012
Contribution Deductibility:
    Yes
Addendum Applies:
    No

Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code. Contributions to you are
deductible under section 170 of the Code. You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code. Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations. We determined that you are
a public charity under the Code section(s) listed in the heading of this
letter.

Please see enclosed Publication 4221-PC, Compliance Guide for 501(c)(3) Public
Charities, for some helpful information about your responsibilities as an
exempt organization.

                                            Letter  947 (DO/CG)

NATIONAL POLICE ASSOCIATION INC

We have sent a copy of this letter to your representative as indicated in your power of attorney.

Sincerely,

Holly O. Paz
Director, Exempt Organizations
Rulings and Agreements

Enclosure: Publication 4221-PC

Letter 947 (DO/CG)

# REQUIRED ATTACHMENTS

Anthony Fierimonte, President

| | |
|---|---|
| **Office**: National Police Association, Inc.<br>49 N. Federal Hwy. #179<br>Pompano Beach, FL 33062<br>Office: (954) 228-6557<br>Email: tf8787@gmail.com | **Residence Address**:<br>1536 SE 15th Court, Ste.310<br>Deerfield Beach, FL 33441 |

Robert W. Taylor, Secretary/Treasurer

| | |
|---|---|
| **Office**: National Police Association, Inc.<br>49 N. Federal Hwy. #179<br>Pompano Beach, FL 33062<br>Office: (954) 228-6557 | **Residence Address**:<br>2425 Fountainview Suite 340<br>Houston, TX 77057 |



## National Police Association, Inc.
## 2013 Projected Budget

**Income:**                              **$ 30,000.00**

**Expenses:**
    **Program Services**      $ 100,000.00
    **Administrative**           $   20,000.00
    **Legal**                        $   35,000.00
    **Accounting**              $    7,000.00
**Total Expenses**          $ 162,000.00

           **Total:**          **$ (132,000.00)**



# F.U.M. MANAGEMENT CORP.

July 10, 2013                                        *Sent via US Mail*

Office of the Secretary of State
2300 N. Lincoln 101
Oklahoma City, OK 73105

     Re: National Police Association, Inc.

To Whom It May Concern:

Enclosed please find the above organizations' completed application for registration.
Accompanying the registration, you will also find the fee, fundraiser contract, and in lieu
of the IRS Form 990, an initial projected budget as this is a startup organization.

Please return a completed copy of this letter to me for verification of this registration.
Thank you in advance for your assistance.

     Organization: National Police Association, Inc.
     Registration #: _____
     Is the organization currently registered (licensed)?  Y / N
     The organization next renewal registration is due: _____ / _____ / _____
     Comments:


Should you have any questions about this registration, please feel free to contact me.

Sincerely,

*Jamie L. O'Bryan (signature)*

Jamie L. O'Bryan
Chairman

JLO:rab
enclosure

Please provide your signature and return
to our office in the enclosed envelope.

Signed:_____

Dated: _____

## RECEIVED
### JUL 2 2 2013
OKLAHOMA SECRETARY
OF STATE

840 S. Rancho #4-711, Las Vegas, NV 89106
775-886-0789 | 702-388-1817 | FUM.management@yahoo.com



# F.U.M. MANAGEMENT CORP.

July 10, 2013                                        *Sent via US Mail*

Office of the Secretary of State
2300 N. Lincoln 101
Oklahoma City, OK 73105

   Re: National Police Association, Inc.

To Whom It May Concern:

Enclosed please find the above organizations' completed application for registration. Accompanying the registration, you will also find the fee, fundraiser contract, and in lieu of the IRS Form 990, an initial projected budget as this is a startup organization.

Please return a completed copy of this letter to me for verification of this registration. Thank you in advance for your assistance.

   Organization: National Police Association, Inc.
   Registration #: _____
   Is the organization currently registered (licensed)?   Y  /  N
   The organization next renewal registration is due: ____ / ____ / _____
   Comments:


Should you have any questions about this registration, please feel free to contact me.

Sincerely,

Jamie L. O'Bryan
Chairman

JLO:rab
enclosure

**RECEIVED**

JUL **2 2** 2013

OKLAHOMA SECRETARY
OF STATE

840 S. Rancho #4-711, Las Vegas, NV 89106
775-886-0789 | 702-388-1817 | FUM.management@yahoo.com