# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL CANCER ASSISTANCE FOUNDATION, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-17-777-R ) |
| NATIONAL COMMMUNITY ADVANCEMENT, INC., a Delaware Corporation, | ) ) ) ) |
| and | ) ) |
| COURTESY CALL, INC., a Nevada Corporation, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

Consistent with the Court's order entered today, judgment is hereby entered in favor of Defendants.

Entered this 23rd day of May 2018.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE